No. 98–2038. GREENE v. CITY OF MONTGOMERY, *ante*, p. 824. Motion of petitioner to present issues from prior related cases denied. Petition for rehearing denied.

NOVEMBER 30, 1999

No. 99–714. IRVINE ET AL. v. MURAD SKIN RESEARCH LABORATORIES, INC. C. A. 1st Cir. Certiorari dismissed under this Court's Rule 46.

DECEMBER 1, 1999

No. 99–5489. FIORENTINO v. UNITED STATES. C. A. 8th Cir. Certiorari dismissed under this Court's Rule 46.1.

No. 99–7144 (99A434). IN RE COOKS. Application for stay of execution of sentence of death, presented to JUSTICE BREYER, and by him referred to the Court, denied. Petition for writ of habeas corpus denied.